# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WILLIAM PATRICK GUESS,

      Plaintiff,                            Case No. 2:19-cv-12159
                                             HON. GERSHWIN A. DRAIN

v.

ST. MARTINUS UNIVERSITY, and
OAKLAND PHYSICIANS MEDICAL
CENTER, LLC,

      Defendants.
_____/

## JUDGMENT

      In accordance with this Court's Opinion and Order entered on this date,

judgment is hereby entered in favor of Defendants and against Plaintiff and this action

is DISMISSED WITH PREJUDICE.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

                                          BY: s/Teresa McGovern__ __
                                          DEPUTY CLERK

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon attorneys of record on
April 13, 2021, by electronic and/or ordinary mail.
<u>/s/ Teresa McGovern</u>
Case Manager

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 13, 2021, by electronic and/or ordinary mail.
<u>/s/ Tanya Bankston</u>
Deputy Clerk