# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 12, 2022

Mr. Howard Yale Lederman
Law Office
838 W. Long Lake Road
Suite 100
100
Bloomfield Hills, MI 48302

Ms. Erica Shell
Bodman
1901 Saint Antoine Street
Sixth Floor
Detroit, MI 48226

Mr. Thomas J. Tallerico
Bodman
201 W. Big Beaver Road
Suite 500
Troy, MI 48084

      Re: Case No. 21-1478, *William Guess v. St. Martinus University, et al*
         Originating Case No. : 2:19-cv-12159

Dear Counsel,

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Sharday S. Swain
            Case Manager
            Direct Dial No. 513-564-7027

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1478

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

WILLIAM PATRICK GUESS

    Plaintiff - Appellant

v.

ST. MARTINUS UNIVERSITY; OAKLAND PHYSICIANS MEDICAL CENTER, LLC

    Defendants - Appellees

BEFORE: MCKEAGUE, GRIFFIN and READLER, Circuit Judges.

Upon consideration of the petition for rehearing filed by the Appellant,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

                    **ENTERED BY ORDER OF THE COURT**
                    Deborah S. Hunt, Clerk

Issued: May 12, 2022